## LOUISVILLE AND NASHVILLE RAILROAD COMPANY, appellant,

### v.

### Martha ROARK, appellee.

Court of Appeals of Kentucky.

May 7, 1954.

Henry L. Bryant, Pineville, C. E. Rice, Jr., C. S. Landrum, Lexington, Ky., for appellant.

Clore & Swinford, Pineville, for appellee.

PER CURIAM.

This is a motion for an appeal under KRS 21.080 from a $1,500 judgment in favor of the appellee for injuries sustained when struck by appellant's gasoline propelled motor car. We are of the opinion that appellant's motion for a directed verdict was properly overruled because the circumstances of this case bring it within the rule followed in Wimsatt's Adm'x v. Louisville & N. R. Co., 235 Ky. 405, 31 S.W.2d 729.

The motion is overrruled, and the judgment stands affirmed.